UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-1193-DMG (PVCx) | Date | June 18, 2024 |
| Title | *Victor Anthony Menjivar v. United States Space Force, et al.* | Page | **1** of **1** |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION**

    On March 4, 2024, the Court granted Defendants' Motion to Dismiss for Plaintiff Victor Anthony Menjivar's failure to file an Opposition. [Doc. # 11.] In its Order, the Court cautioned Plaintiff that this action would be dismissed if he failed to file an amended complaint by March 25, 2024. Plaintiff has not filed amended pleadings, and the time to do so has long passed. Therefore, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**